**FILED**

May 10, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     SAJ

Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **6:22-cr-00084** |
| | * | |
| Plaintiff | * | I N D I C T M E N T |
| | * | |
| V. | * | [VIO: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & |
| | * | 841(b)(1)(A)(viii); 21 U.S.C. 841(a)(1) & |
| (1) RUBEN ELEAZAR RODRIGUEZ | * | 841(b)(1)(B)(viii)} – Conspiracy to Possess |
| (2) WILLIAM DAVID WARD | * | With Intent to Distribute Methamphetamine, a |
| | * | Schedule II Controlled Substance] |
| Defendants | * | |

**Notice of Government's Demand of Forfeiture**

THE GRAND JURY CHARGES:

## COUNT ONE
### [21 U.S.C. 846]

Beginning in or about January, 2021, the exact date unknown to the Grand Jury, and continuing until the present time, in the Western District of Texas and elsewhere, Defendants,

**RUBEN ELEAZAR RODRIGUEZ,**
and
**WILLIAM DAVID WARD,**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with each other and others, to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess with intent to distribute at least 500 grams of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1).

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of the mixture or substance containing Methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| RUBEN ELEAZAR RODRIGUEZ (#1) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| WILLIAM DAVID WARD (#2) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |

All in violation of Title 21, United States Code, Section 846.

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Drug Violation and Forfeiture Statutes
[Title 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(viii) subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2)]

As a result of the criminal violations set forth in Count One, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the properties described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. §§ 853(a)(1) and (2), which state:

**Title 21 U.S.C. § 853. Criminal forfeitures**
**(a) Property subject to criminal forfeitures.**

Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law—
**(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
**(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; . . .

This Notice of Demand for Forfeiture includes but is not limited to the properties described in Paragraph II.

2

## II.
## Properties

1. 2015 Chevrolet Silverado 1500, VIN: 3GCPCREC7FG285054; and

2. $26,375.00, more or less, in United States currency seized from safe deposit box, in the name of Defendant Ruben Rodriguez and Melissa Rodriguez, at First National Bank of Bastrop in Elgin, Texas.

A TRUE BILL:

███████████████████████████

FOREPERSON

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:    CHRISTOPHER M. BLANTON
        Assistant United States Attorney

3